Sam Kim [SBN 258467]
Yoonis Han [SBN 256151]
**VERUM LAW GROUP, APC**
841 Apollo Street, Suite 340
El Segundo, CA 90245
Telephone: (424) 320-2000
Facsimile: (424) 221-5010
skim@verumlg.com

Attorneys for Plaintiff OSCAR LANDAVERDE and all other similarly situated persons

****Additional Counsel Listed on Page 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ADONAY MUNOZ and OSCAR LANDAVERDE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESSWAY DELIVERIES, INC., a California corporation; RAPID EXPRESSWAY DELIVERIES, INC., a California corporation; JASON MOLINO, an individual; RICHARD MOLINO; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-09518-SB-(JEMx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Department: 6C<br><br>Action Filed: July 17, 2017<br>Action Removed: October 16, 2020<br>Trial Date: None |
|---|---|

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE

1

Anthony Choe [SBN 259129]
**LAW OFFICES OF ANTHONY CHOE**
3700 Wilshire Boulevard, Ste 260
Los Angeles, CA 90010
Telephone: (213) 788-4448
Facsimile: (213) 788-4450

Attorneys for Plaintiff OSCAR LANDAVERDE and all other similarly situated persons

Kevin Mahoney (SBN: 235367)
George B. Singer (SBN: 187185)
**MAHONEY LAW GROUP, APC**
249 E. Ocean Blvd., Ste. 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiff ADONAY MUNOZ, individually and on behalf of all others similarly situated

Shaun J. Voigt [SBN 265721]
**FISHER & PHILLIPS, LLP**
444 South Flower Street, Suite 1500
Los Angeles, CA 900071
Telephone: (213) 330-4486
svoigt@fisherphillips.com

Attorneys for Defendants EXPRESSWAY DELIVERIES, INC., RAPID EXPRESSWAY DELIVERIES, INC., JASON MOLINO AND RICHARD MOLINO

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE

2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs OSCAR LANDAVERDE and ADONAY MUNOZ (hereinafter "Plaintiffs"), and Defendants EXPRESSWAY DELIVERIES, INC., RAPID EXPRESSWAY DELIVERIES, INC., JASON MOLINO AND RICHARD MOLINO (hereinafter "Defendants") (collectively, "Parties") hereby enter into this joint stipulation of voluntary dismissal of case based on the following facts ("Stipulation"):

1. Plaintiffs and Defendants have entered into a confidential individual (non-class) settlement providing for the payment of certain sums by Defendants to Plaintiff;

2. Upon payment of the sums owing by Defendants to Plaintiffs,

    a. Plaintiffs agree to voluntary dismissal with prejudice of any and all purported individual claims belonging to Plaintiffs against Defendants;

    b. Plaintiffs agree to the voluntary dismissal without prejudice of all purported class claims of Plaintiffs against Defendants;

3. This dismissal is without an award of attorneys' fees, interest, or costs to any party as between Plaintiffs and Defendants, as each side will be their own attorneys' fees and costs.

Dated: January 20, 2021            **VERUM LAW GROUP, APC**

                                   By:    /s/ Sam Kim
                                          Sam Kim
                                          Yoonis Han
                                          Attorneys for Plaintiff OSCAR
                                          LANDAVERDE and all other
                                          similarly situated persons

| | | |
|---|---|---|
| Dated: January 20, 2021 | | **MAHONEY LAW GROUP, P.C.** |
| | By: | /s/ Kevin Mahoney |
| | | Kevin Mahoney |
| | | George Singer |
| | | Attorneys for Plaintiff ADONAY MUNOZ and all other similarly situated persons |
| Dated: January 20, 2021 | | **FISHER & PHILLIPS LLP** |
| | By: | /s/ Shaun J. Voigt |
| | | Shaun J. Voigt |
| | | Attorney for Defendants EXPRESSWAY DELIVERIES, INC., RAPID EXPRESSWAY DELIVERIES, INC., JASON MOLINO AND RICHARD MOLINO |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE

4

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*Landaverde v. Expressway Deliveries Inc.,* 2:20-CV-09518-SB-(JEMx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 340, El Segundo, California 90245.

On the date below, I served the foregoing document(s), described as **JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE,** on each of the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows (or as addressed on the attached mailing list):

Attorneys for Defendant(s)
EXPRESSWAY DELIVERIES, INC
Shaun Voigt, (svoigt@fisherphillips.com)
**Fisher & Phillips LLP**
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Phone: (213) 330-4500
Fax: (213) 330-4501

Attorneys for Plaintiff
ADONAY MUNOZ
Kevin Mahoney, (kmahoney@mahoney-law.net)
George Singer, (gsinger@mahoney-law.net)
**Mahoney Law Group, APC**
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802

Attorneys for Plaintiff
OSCAR LANDAVERDE
Anthony Choe, (anthony@choelawfirm.com)
**Law Offices of Anthony Choe**
3700 Wilshire Boulevard, Suite 260
Los Angeles, CA 90010
Phone: (213) 788-4448
Fax: (213) 788-4450

☒**BY MAIL**: By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 21, 2021,** at El Segundo, California.

*Carla Flores*

Carla Flores

**PROOF OF SERVICE**