FILED
CLERK, U.S. DISTRICT COURT

January 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADONAY MUNOZ and OSCAR LANDAVERDE, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESSWAY DELIVERIES, INC., a California corporation; RAPID EXPRESSWAY DELIVERIES, INC., a California corporation; JASON MOLINO, an individual; RICHARD MOLINO; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-09518-SB-(JEMx)<br><br>**ORDER**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Department: 6C<br><br>Action Filed: July 17, 2017<br>Action Removed: October 16, 2020<br>Trial Date: None |

## ORDER

The parties have stipulated to dismiss the action as follows: (a) the individual claims of Plaintiffs with prejudice against Defendants; and (b) the class claims without prejudice against Defendants. The stipulation of dismissal does not impact the rights of the class or any other representative action that may proceed in a different action.

Federal Rules of Civil Procedure 41 permits the Plaintiffs to dismiss an action without court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, the action is dismissed.

Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED

Dated: January 26, 2021  _____
Stanley Blumenfeld, Jr.
United States District Judge